ETC.  May 24, 1909.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.  *Mr. Frederick M. Brown* for petitioner.  *Mr. J. Parker Kirlin* and *Mr. Charles R. Hickox* for respondents.

---

No. 864.  F. S. KRETSINGER, TRUSTEE, PETITIONER, *v.* JOHN H. BROWN, AS EXECUTOR, ETC., ET AL.  June 1, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied.  *Mr. Henry T. Rogers* for petitioner.  *Mr. Henry A. Dubbs* for respondents.

---

No. 896.  THE UNITED STATES, PETITIONER, *v.* BERLINGER, BROWN & MEYER.  June 1, 1909.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.  *The Attorney General* and *The Solicitor General* for petitioner.  *Mr. Joseph G. Kammerlohr* for respondents.

---

No. 897.  JOHNSON R. MORRIS, PETITIONER, *v.* THE UNITED STATES.  June 1, 1909.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied.  *Mr. Shepard Barclay* and *Mr. Thomas T. Fauntleroy* for petitioner.  *The Attorney General* and *The Solicitor General* for respondent.

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT FROM FEBRUARY 24 TO JUNE 1, 1909.

No. 155.  THE TEXAS & PACIFIC RAILWAY COMPANY ET AL., PLAINTIFFS IN ERROR, *v.* B. F. ALLEN.  In error to the Supreme Court of the State of Texas.  February 24, 1909.  Dis-